WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
David L. Chaffin, Esq., SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660 *(Butler, Robert II/Pleadings/Proposed Order)*
Tel: (949) 477-5050; Fax: (949) 477-9200

Attorneys for Defendants, WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC2 ASSET-BACKED PASS-THROUGH CERTIFICATES and ATLANTIC & PACIFIC PORECLOSURES SERVICE LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND CARRIE BUTLER, )<br>)<br>　　　　　Plaintiffs, )<br>)<br>　vs. )<br>)<br>OLD REPUBLIC TITLE COMPANY, )<br>NEW CENTURY MORTGAGE )<br>CORP., WELLS FARGO BANK, N.A., )<br>AS TRUSTEE FOR CARRINGTON )<br>MORTGAGE LOAN TRUST, SERIES )<br>2006-NC2 ASSET-BACKED PASS- )<br>THROUGH CERTIFICATES, )<br>ATLANTIC & PACIFIC )<br>FORECLOSURES SERVICES LLC, )<br>AND JOHN DOES 1-10, )<br>)<br>　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　) | Case No.:  10-cv-01344-OWW-GSA<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**<u>Hearing</u>**<br>Date:　　October 4, 2010<br>Time:　　10:00 a.m.<br>Ctrm.:　　3 |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

-1-
ORDER

On October 4, 2010 at 10:00 A.m. or shortly thereafter, in Courtroom 3 of the above-described Court, came before the Court the regularly scheduled hearing on the Motion to Dismiss of Defendants, WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC2 ASSET-BACKED PASS-THROUGH CERTIFICATES ('Wells Fargo") and ATLANTIC & PACIFIC PORECLOSURES SERVICE LLC. ("Atlantic") (collectively "Defendants").

Upon consideration of all the written submissions and any oral arguments regarding the aforementioned Motions, **THE COURT ORDERS AS FOLLOWS:**

1.  Defendants' Motion to Dismiss the Complaint of Plaintiffs, ROBERT BUTLER AND CARRIE BUTLER ("Plaintiffs"), pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is GRANTED WITH 30 DAYS LEAVE TO AMEND since the Complaint fails to state a claim upon which relief can be granted.

2.  Defendants' response to Plaintiffs' First Amended Complaint must be filed and served within 20 days upon receipt of the First Amended Complaint, if any.

IT IS SO ORDERED.

Dated:  **October 5, 2010**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE