UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND CARRIE BUTLER )<br>)<br>                   Plaintiff,    )<br>)<br>     v.                       )<br>)<br>OLD REPUBLIC TITLE COMPANY,   )<br>et al.                        )<br>)<br>)<br>                   Defendants.   )<br>) | 1:10-CV-01344 OWW GSA<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the order granting motion to dismiss plaintiff's complaint filed October 5, 2010, ordering plaintiff to file an amended complaint within 30 days, and given plaintiff's failure to file an amended complaint within that time period,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   November 17, 2010**             **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE

1